No. 94–665. BROBST v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–666. INTERNATIONAL RECTIFIER CORP. v. SGS-THOMSON MICROELECTRONICS, INC. C. A. Fed. Cir. Certiorari denied.

No. 94–672. BROWN v. UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 94–673. GUYER ET AL. v. ALACHUA COUNTY SCHOOL BOARD ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 94–674. ALLEN ET AL. v. CITY OF DUARTE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–677. NGHIEM v. NEC ELECTRONICS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–680. LANPHERE & URBANIAK ET AL. v. COLORADO ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–681. RIES, MAYOR OF PARMA, OHIO v. PICHA. C. A. 6th Cir. Certiorari denied.

No. 94–683. BB ASSET MANAGEMENT, INC., DBA BROWN BAG SOFTWARE v. SYMANTEC CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–684. AIRBUS INDUSTRIE, G. I. E., ET AL. v. LINTON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATES OF HOWELL ET UX., DECEASED, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–690. GRACE INVESTMENT CO. ET AL. v. RED MOUNTAIN MACHINERY CO. C. A. 9th Cir. Certiorari denied.

No. 94–697. BARRETT v. MISSISSIPPI BAR. Sup. Ct. Miss. Certiorari denied.

No. 94–703. COX v. BOEING CO. ET AL. C. A. 10th Cir. Certiorari denied.